# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
*Office: 51 East Bethpage Road*
*Plainview, New York 11803*
*Telephone (516) 741-2585*
*Facsimile (516) 873-7243*

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

August 6, 2010

BY FIRST CLASS MAIL AND
BY ELECTRONIC FILING

United States Bankruptcy Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 1060

    Re:    Debtor: Kenia B. Garcia
           Bankruptcy Case No.: 10-22893-rdd
           Chapter 13

Dear Sirs/Madam:

      Our office represents U.S. Bank National Association, as Trustee, on behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC 2006-HE4, a secured creditor of the above referenced Debtor. Please be advised that the Motion for Relief from the Automatic Stay and In Rem Relief under Section 362(d)(4) hearing is to be held on September 7, 2010 at 10:00 am. Please allow this letter to confirm that we have waived the provisions of Section 362 (e).

    Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
Patrick Lamberti
Paralegal